IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BEVERLY D. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No. 2:10-cv-02459-SHM-dkv |
| ) | |
| ) | |
| LITTON LOAN SERVICING, LP, d/b/a ) | |
| MGTLQ INVESTORS, L.P., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

**COME NOW**, the Plaintiff, Beverly D. Robinson, by and through counsel, and in response to Defendant's Motion to Dismiss would state that, although she cannot consent to the motion, she cannot legally, nor in good faith, oppose it.

Respectfully submitted,

/s/ Darryl W. Humphrey_____
Darryl W. Humphrey (BPR #16471)
Attorney for Plaintiff
4646 Poplar Ave., Suite 530
Memphis, Tennessee 38117-4435
Tel.- (901) 881-5107
Fax – (901) 761-4446
E-mail – dhumphrey@humphreywootenlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been forwarded, via the Court's ECF system, to Matthew F. Jones, Wyatt Tarrant & Combs, LLP Attorneys for Defendant, 1715 Aaron Brenner Dr., Suite 800, Memphis, Tennessee 38120-4367 this 6th day of October, 2011.

                                          /s/ Darryl W. Humphrey
                                          Darryl W. Humphrey